**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JUANTRELL HARRIS                                                                                       PLAINTIFF

V.                                       NO. 2:08CV00044 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                DEFENDANT

**JUDGMENT**

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 27th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE